# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | 3:09-md-02100-DRH-PMF <br> MDL No. 2100 <br> Judge David R. Herndon |
| **This Document Relates to:** | |
| *Carleton Evans, et al. v. Bayer Healthcare Pharmaceuticals Inc., et al.,* No. 3:10-cv-11481-DRH-PMF | |

## JOINT STIPULATION AMENDING CMO 83 DEADLINES

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Carleton Evans and Lisa Evans as Surviving Parents of Shelby Evans ("Plaintiffs"), and Defendants, Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, and Barr Laboratories, Inc. (collectively, "Defendants"), through their respective counsel, that Section III, paragraphs 8-10 of Case Management Order No. 83 (D.E. 3968) and Order (D.E. 17), applicable to the above-captioned action only, are hereby amended as follows:

8.   Expert depositions, to the extent either party seeks this discovery, shall be taken following receipt of all expert reports in the given case and shall conclude no later than July 3, 2017.

9. *Daubert* motions and dispositive motions, if any, shall be filed no later than July 17, 2017, and response briefs, if any, shall be filed no later than August 16, 2017.

10. No later than July 17, 2017, parties to each case shall also jointly advise the Court of the district to which the case shall be remanded or transferred pursuant to Paragraph II.C of CMO No. 9.

**IT IS SO ORDERED.**
**DATED:** May 1, 2017

Judge Herndon
2017.05.01
09:35:25 -05'00'

UNITED STATES DISTRICT JUDGE